IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAN L. WOOTEN | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:04-cv-00152 |
| vs. | : | |
| | : | Senior District Judge S. Arthur Spiegel |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Defendant(s) | : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Magistrate Judge's Report and Recommendation (doc. 25) is hereby ADOPTED IN ITS ENTIRETY.  The USPS's Motion to Dismiss (doc. 10) is GRANTED.  This matter is hereby DISMISSED from the Court's docket.

6/21/05                                              James Bonini, Clerk


                                                     s/Kevin Moser
                                                     Kevin Moser
                                                     Deputy Clerk